1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 12CR2328-DMS |
| Plaintiff, | ) | **ORDER AND JUDGMENT DISMISSING INDICTMENT** |
| v. | ) | |
| JUAN JOSE RODRIGUEZ, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Juan Jose Rodriguez.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

Dated:  March 9, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court